**DISMISS; and Opinion Filed July 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00079-CV

**EDDIE D. JONES, SHIRLEY JONES AND ALL OCCUPANTS OF 1012 BIRCHWOOD LANE, DESOTO, TX 75115, Appellants**

**V.**

**HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, SERIES 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. 13-06600-A**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

By order dated May 2, 2014, appellants were directed to file their brief no later than June 2, 2014. On June 11, 2014, when appellants' brief had not been filed, we directed appellants to file their brief, along with an extension motion, no later than June 23, 2014. We cautioned appellants at that time that failure to comply would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). To date, appellants have not filed their brief or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140079F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDDIE D. JONES AND SHIRLEY JONES
AND ALL OCCUPANTS OF 1012
BIRCHWOOD LANE, DESOTO, TX
75115, Appellants

No. 05-14-00079-CV        V.

HSBC BANK USA NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF PEOPLE'S FINANCIAL
REALTY MORTGAGE SECURITIES
TRUST, SERIES 2006-1, MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2006-1, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. 13-06600-A.
Opinion delivered by Justice O'Neill.
Justices Moseley and FitzGerald
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee HSBC Bank USA National Association as Trustee for the Benefit of People's Financial Realty Mortgage Securities Trust, Series 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 recover its costs, if any, of this appeal from appellants Eddie D. Jones, Shirley Jones, all occupants of 1012 Birchwood Lane, Desoto, Texas 75115, and Jackie T. Lewis and Roy D. Mitchell as sureties on appellants' supersedeas bond. After all costs have been paid, the obligations of appellants Eddie D. Jones, Shirley Jones, all occupants of 1012 Birchwood Lane, Desoto, Texas 75115, and Jackie T. Lewis and Roy D. Mitchell as sureties on appellants' supersedeas bond are **RELEASED**.

Judgment entered this 31st day of July, 2014.